UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 1:17-CV-20115-WILLIAMS

**D.W. a minor by and through his**
**Mother and natural guardian, CW**,

      Plaintiff,

  v.

**CARNIVAL CORPORATION**,
**A Panamanian Corporation, d/b/a**
**CARNIVAL CRUISE LINE.**,

      Defendant.

_____/

## ORDER SCHEDULING MEDIATION

    The mediation conference in this matter shall be held with Juan Ramirez Jr, former Chief Judge, on Wednesday, November 29, 2017 at 10 A.M. at 3132 Ponce De Leon Blvd, Coral Gables FL, 33134. ENTERED this 8th day of November, 2017.

 

                                                                   KATHLEEN M WILLIAMS
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record