UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20115/WILLIAMS/SIMONTON

DW, a minor, by and through his
mother and natural guardian, CW,

    Plaintiff,

vs.

CARNIVAL CORPORATION
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## DEFENDANT'S AMENDED NOTICE OF COMPULSORY MEDICAL EXAMINATION (CME) OF CLAIMANT
**(Claimant must bring a photo ID)**

Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINE ("Carnival"), pursuant to Fed. R. Civ. P. 35, requests Plaintiff, DW, a minor, by and through his mother and natural guardian, CW, appear for examination as follows:

| | |
|---|---|
| **DATE AND TIME:** | **Monday, November 27, 2017 @ 4:00 p.m.** |
| **PHYSICIAN:** | **Dr. Elliot Rosenbaum** |
| **PLACE:** | **Mase Tinelli Mebane & Briggs, P.A.**<br>**2601 South Bayshore Drive**<br>**Suite 800**<br>**Miami, FL 33133** |
| **MANNER:** | **Examination by Physician** |
| **CONDITIONS:** | **Noninvasive testing** |
| **SCOPE OF EXAM:** | **Examination by a qualified expert** |

**MASE TINELLI MEBANE & BRIGGS**

CASE NO.: 1:17-cv-20115/CMA

Respectfully submitted,

MASE TINELLI MEBANE & BRIGGS, P.A.
*Attorneys for Defendant*
2601 S. Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By:  */s/ Christine Dimitriou*
CURTIS MASE
Florida Bar No.: 478083
cmase@maselaw.com
CHRISTINE M. DIMITRIOU
Florida Bar No.: 99381
cdimitriou@maselaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christine Dimitriou*
CHRISTINE M. DIMITRIOU

CASE NO.: 1:17-cv-20115/CMA

**SERVICE LIST**

Spencer M. Aronfeld, Esq.
Michelle Hardin, Esq.
Matthias M. Hayashi, Esq.
ARONFELD TRIAL LAWYERS
3132 Ponce de Leon Blvd.
Coral Gables, Florida  33134
Tel:  (305) 441-0440
Fax: (305) 441-0198
Aronfeld@aronfeld.com
Mhardin@aronfeld.com
MHayashi@aronfeld.com
Slouis@aronfeld.com
*Attorneys for Plaintiff*

19059/#273