DW - IME

**Christine Dimitriou** to me, Kairy, Filevine, Stephanie, Spencer, Scott             Nov 26

Michelle, in the IME, Dr. Rosenbaum will be conducting an interview and administering the Trauma Symptom Checklist for Children (TSCC). The parents are welcome to attend, however we do not agree with counsel being present.
Christine

Sent from my iPhone
…

On Nov 25, 2017, at 1:44 PM, Michelle Hardin <mhardin@aronfeld.com> wrote:

> Christine,
>
> I just found out that ▮▮▮▮▮▮▮▮ will be coming down as well if you want to set his deposition on Wednesday or Thursday morning. He will also be attending DW's IME.
>
> Thank you,
>
> On Sat, Nov 25, 2017 at 10:52 AM Michelle Hardin <mhardin@aronfeld.com> wrote:
>> Christine,
>>
>> I never heard back to you regarding the parameters of the IME. Please be advised that Spencer or I will be attending the IME along with ▮▮▮▮▮▮▮▮
>>
>> Thanks,
>>
>> --
>>
>> **Michelle E. Hardin, Esq.**
>> Associate Attorney
>> 3132 Ponce De Leon Boulevard | Coral Gables, Florida 33134
>> T: 305.441.0440 | F: 305.547.9880 |
>> mhardin@aronfeld.com
>>
>> 
>>
>> 
>>
>> *************************** CONFIDENTIAL ***************************
>> This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.  Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.
>>
>> ***********************************************************************************
>
> --
>
> **Michelle E. Hardin, Esq.**
> Associate Attorney
> 3132 Ponce De Leon Boulevard | Coral Gables, Florida 33134
> T: 305.441.0440 | F: 305.547.9880 |
> mhardin@aronfeld.com
>
>