# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### CASE NO. 17-CV-20115-KMW

DW, a minor, by and through his mother
and natural guardian CW

      Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

      Defendant.

_____/

## ORDER SETTING HEARING

    THIS MATTER is before the Court on a Pretrial Conference that took place on June 20, 2018.

Accordingly, it is

ORDERED THAT

(1) A Pretrial Conference will be held on **June 22, 2018** at **10:30 AM.**

(2) By June 21, 2018 at 5:00 PM, the parties shall file the following:

      a. A joint list of all live and video witnesses, indicating the time for direct, cross, and

         redirect;

      b. A joint list of all agreed-to exhibits, with lists of any contested exhibits filed separately;

      c. proposed voir dire questions;

      d. all medical bills that will be introduced at trial, including a total of the amount paid and

         the amount written off; and

      e. revised final jury instructions.

DONE and ORDERED in Miami, Florida, this _20_ day of June, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:      Counsel of record