UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-20115- PAS

D.W., a minor, by and through his
mother and natural guardian, C.W.,

    Plaintiff,

vs.

CARNIVAL CORPORATION
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, D.W., a minor, by and through his mother and natural guardian, C.W., and Defendant, NCL (BAHAMAS) LTD. (collectively, the "Parties"), by and through their respective undersigned counsel, file this Joint Stipulation for Dismissal of the above-styled action with prejudice, each party to bear its respective costs and attorneys' fees.

    Respectfully and jointly submitted,

| | |
|---|---|
| ARONFELD TRIAL LAWYERS | MASE MEBANE & BRIGGS |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 3132 Ponce De Leon Blvd. | 2601 S. Bayshore Drive, Suite 800 |
| Coral Gables, Florida 33134 | Miami, Florida 33133 |
| Tel: 305-441-0440 | Tel: (305) 377-3770 |
| Fax: 305-441-0198 | Fax: (305) 377-0080 |
| | |
| By: */s/ Spencer M. Aronfeld* | By: */s/ Caroline L. Milewski* |
|     SPENCER M. ARONFELD |     CAROLINE L. MILEWSKI |
|     Florida Bar No.: 905161 |     Florida Bar No. 111665 |
|     Aronfeld@aronfeld.com |     cmilewski@maselaw.com |

## CERTIFICATE OF SERVICE

I certify that on November 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:   */s/ Caroline L. Milewski*
         CAROLINE L. MILEWSKI

## SERVICE LIST

| | |
|---|---|
| **Spencer M. Aronfeld, Esq.** | **Scott P. Mebane, Esq.** |
| **Matthias M. Hayashi, Esq.** | **Caroline L. Milewski, Esq.** |
| ARONFELD TRIAL LAWYERS | MASE MEBANE & BRIGGS |
| 3132 Ponce de Leon Blvd. | 2601 South. Bayshore Drive |
| Coral Gables, Florida 33134 | Suite 800 |
| Tel: (305) 441-0440 | Miami, Florida 33133 |
| Fax: (305) 441-0198 | Tel: (305) 377-3770 |
| Aronfeld@aronfeld.com | Fax: (305) 377-0080 |
| MHayashi@aronfeld.com | smebane@maselaw.com |
| *Attorneys for Plaintiff* | cmilewski@maselaw.com |
| | filing@maselaw.com |
| | *Attorneys for Defendant* |

19059/982